ABRAHAM J. DECKER, *Appellant, v.* MARY MCLEAN, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

JOANNA M. HOARE, *Appellant, v.* JAMES B. MILLER, *Respondent.* — The principal order modified as directed in opinion, and the other orders affirmed, without costs to either party. Opinion by DAVIS, P. J.

HOWARD NATIONAL BANK, *Respondent, v.* WILLIAM KING and others, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

THE PEOPLE'S BANK OF THE CITY OF NEW YORK, *Appellant, v.* WILLIAM HEERDT and others, *Respondents.* — Judgment affirmed. Opinion by DAVIS, P. J.

THERESA SCHIFF, *Appellant, v.* MICHAEL J. O'REILLY, *Respondent.* — Judgment affirmed. Opinion by BRADY, J.

IN THE MATTER OF JOHN SCHREYER. — Appeal dismissed, without costs. Opinion by BRADY, J.

BREWERS AND GROCERS' BANK, *Respondent, v.* MOSES MEHRBACH and ISAAC MEHRBACH, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

ANNA MEIERS, *Appellant, v.* THE METROPOLITAN GAS LIGHT COMPANY, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

ADOLPHUS H. MAAS, *Respondent, v.* CYRUS H. CHATFIELD, *Appellant.* — Judgment affirmed, with costs. Opinions by BRADY and DANIELS, JJ.

LOUIS REICHARDT, *Appellant, v.* PATRICK SHEAHAN, *Respondent* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J., and by DAVIS, P. J., dissenting.

DARIUS BENHAM and others, *Appellants, v.* MICHAEL DOOLEY and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BRADY, J.

THOMAS MULLALY *v.* THE PEOPLE OF THE STATE OF NEW YORK. — Judgment affirmed. Opinion by DANIELS, J.